Joseph J. SCHEPIS, Jr., Petitioner—
Appellant,

v.

Matthew B. HAMIDULLAH, Warden,
Respondent—Appellee.

No. 05–6463.

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2005.

Decided July 1, 2005.

Joseph J. Schepis, Jr., Appellant pro se.

Before WIDENER, MICHAEL, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Joseph J. Schepis, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Schepis v. Hamidullah*, No. CA–04–21977–0–17BD (D.S.C. filed Jan. 13 & entered Jan. 18, 2005). We deny Schepis' motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*